**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X          **05 CV 3598 (NG) (LB)**

**MUHARREM BALKANLI,**

                **Plaintiff,**

      **-against-**                                                                    **ORDER**

**PRESIDENT, VICE PRESIDENT and**
**GENERAL EXECUTIVE OFFICERS of ASSET**
**ACCEPTANCE CAPITAL CORP.; et al,**

                **Defendants.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

        Pursuant to an agreement reached by the parties at a conference held before Magistrate

Judge Lois Bloom on September 22, 2005, plaintiff, on September 26, 2005, filed a motion to

withdraw this action. The unopposed motion is hereby granted. The Clerk of Court is directed

to close this case.

                            **SO ORDERED.**


                        _____
                              **/S/**
                        **NINA GERSHON**
                        **United States District Judge**

Dated:        Brooklyn, New York
                September 30, 2005